UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN M. DUNLAP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:13CV1817 RWS |
| KOHL'S HEADQUARTERS, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for leave to proceed in forma pauperis. Plaintiff states in his financial affidavit that he has $10,000 in cash on hand or in a bank account. I find, therefore, that plaintiff has sufficient resources to pay the $400 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay the $400 filing fee within fourteen (14) days of the date of this Order. Failure to timely pay the fee will result in the dismissal of this action without prejudice.

Dated this 17th day of September, 2013.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE